UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Esneider Vasquez-Mejia**

    **V.**

                          **CIVIL ACTION NO. 1:26-cv-11981-MJJ**

**Mullin et al**
                    <u>**ORDER OF DISMISSAL**</u>

**JOUN, D.J.**

    In accordance with the Respondents' Status Report dated May 12, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

May 12, 2026

                          /s/ Sophie Phillips
                          --------------------------
                          **Deputy Clerk**